No. 02–7880. Peterson v. Seamen et al. C. A. 2d Cir. Certiorari denied.

No. 02–7901. Pointer v. Stubblefield, Superintendent, Missouri Eastern Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 02–7903. Montalvo v. Herrera, Warden. C. A. 9th Cir. Certiorari denied.

No. 02–7904. Azeez v. Robertson et al. Cir. Ct. Raleigh County, W. Va. Certiorari denied.

No. 02–7905. Blackburn v. Missouri Board of Probation and Parole. Ct. App. Mo., Western Dist. Certiorari denied.

No. 02–7907. Nettles v. Kelly, Superintendent, Central Mississippi Correctional Facility, et al. C. A. 5th Cir. Certiorari denied.

No. 02–7908. Baker v. Toledo City School District Board of Education. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 02–7914. Doyle v. Crosby, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 02–7915. Duran Espinoza v. Alameida, Director, California Department of Corrections. C. A. 9th Cir. Certiorari denied.

No. 02–7920. Miller v. DeMarino et al. C. A. 4th Cir. Certiorari denied.

No. 02–7923. Partin v. Young et al. C. A. 8th Cir. Certiorari denied.

No. 02–7927. Watanabe v. Loyola University of Chicago et al. C. A. 7th Cir. Certiorari denied.

No. 02–7929. Taylor v. Books-A-Million, Inc. C. A. 5th Cir. Certiorari denied.

No. 02–7930. Singleton v. Texas. Ct. App. Tex., 9th Dist. Certiorari denied.